UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br>   Plaintiff,<br>v.<br>HOSPITAL COURIERS NEVADA LLC,<br>   Defendant. | Case No. 4:18-cv-06225-KAW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 8 |

On October 11, 2018, Plaintiff Troy King filed this case against Defendant Hospital Couriers Nevada, LLC. (Dkt. No. 1.) Plaintiff also moved to proceed *in forma pauperis* ("IFP Application"). (Dkt. No. 4.) On October 26, 2018, the Court granted Plaintiff's IFP Application. (Dkt. No. 5.) Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief" and that Plaintiff had failed to establish subject matter jurisdiction. (Dkt. No. 8.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by January 25, 2019. *Id.* at 3. The Court warned that failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.* To date, Plaintiff has not filed an amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause, by **March 15, 2019**, why the Plaintiff's case should not be dismissed for failure to prosecute, and why he did not file the amended complaint by January 25, 2019. Additionally, Plaintiff shall file his first amended complaint. Failure to respond to the order to show cause and file the first amended complaint by the deadline will result in the Court reassigning the case to a district judge with the

recommendation that the case be dismissed.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: February 14, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge