UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>  Plaintiff,<br><br>  v.<br><br>HOSPITAL COURIERS NEVADA LLC,<br><br>  Defendant. | Case No. 18-cv-06225-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 15 |

On August 8, 2019, Magistrate Judge Kandis Westmore issued a Report and Recommendation, recommending dismissal of this IFP action for failure to prosecute under Federal Rule of Civil Procedure 41(b) as plaintiff had – despite having ample notice and opportunity – failed to file a first amended complaint or otherwise respond to Judge Westmore's second Order to Show Cause. Dkt. No. 15. Judge Westmore's Report and Recommendation was issued on August 8, 2019 and served by mail on plaintiff. Objections were due on or before August 26, 2019. As of today's date, no objection or other response has been filed by plaintiff.

Having reviewed the record in the case, including Judge Westmore's clear directives to plaintiff and plaintiff's failure to comply with those directives, I agree with Judge Westmore's Report and Recommendation and adopt it in every respect. This case is DISMISSED without prejudice for failure to prosecute under Rule 41(b).

**IT IS SO ORDERED.**

Dated: September 3, 2019

William H. Orrick
United States District Judge